DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HECTOR CASAS-MONTEJANO,<br><br>    *Defendant.* | NO. 1:10-cr-00134 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br><br>Date: May 24, 2010<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Susan Phan, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for May 3, 2010, may be continued to May 24, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant as there is currently ongoing investigation which requires additional time to be completed.  Further, the parties are in continuing plea negotiations.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  April 28, 2010          By:   /s/  Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED:  April 28, 2010          By:   /s/  Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        HECTOR CASAS-MONTEJANO
```

                    IT IS SO ORDERED.

**Dated:   April 28, 2010**              /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE