DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00134 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | |
| HECTOR CASAS-MONTEJANO, | ) | |
| | ) | Date:  July 12, 2010 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Susan Phan, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defendant, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for May 24, 2010, may be continued to July 12, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant as there is currently ongoing investigation which requires additional time to be completed.  Additionally, Mr. Casas has a petition on his immigration case filed with the Ninth Circuit and counsel would like to see if the Ninth Circuit grants review in that matter as it may affect ongoing plea negotiations in the instant case.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED:  May 18, 2010                    By:   /s/  Susan Phan
                                                SUSAN PHAN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED:  May 18, 2010                    By:    /s/  Charles J. Lee
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorneys for Defendant

                                                                     HECTOR CASAS-MONTEJANO

IT IS SO ORDERED.

Dated:   **May 18, 2010**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE