BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>HECTOR ROGELIO CASAS-MONTEJANO,<br><br>           Defendant. | CASE NO. 1:10-CR-00134 OWW<br><br>ORDER: MOTION TO FILE DOCUMENTS UNDER SEAL |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the Government's Response to the Defendant's Motion to Dismiss and Exhibits in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.  Good cause exists to seal the documents because they contain sensitive and confidential information.

**IT IS SO ORDERED.**

Date: November 30, 2010

                              /s/ OLIVER W. WANGER
                              United States District Judge

1