BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare St., Suite 4100
Fresno, California 93727
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 1:10-CR-00134 OWW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING HEARING |
| HECTOR ROGELIO CASAS-MONTEJANO, | ) Time: 12:00 p.m. |
| Defendant. | ) Date: February 3, 2011 |
| | ) Court: Hon. Oliver W. Wanger |

The Government requests that the hearing currently set for Thursday, February 3, 2011, at 12:00 p.m., be continued to Thursday, February 10, 2011, at 12:00 p.m., and stipulate that the time beginning Thursday, February 3, 2011, and extending through February 10, 2011, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161. Defense counsel, Charles Lee, does not object to this continuance.

Government counsel will be in trial on February 3, 2011, and will be unavailable for the hearing.

1

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: December 20, 2010    By:   */s/ Susan Phan*
                                            SUSAN PHAN
                                            Assistant U.S. Attorney

DATED: December 20, 2010    By:   */s/ Susan Phan* for
                                            CHARLES LEE
                                            Attorney for the Defendant

**ORDER**

The status conference in case number 1:10-CR-00134 OWW, currently set for Thursday, February 3, 2011 at 12:00 p.m., is continued to Thursday, February 10, 2011, at 12:00 p.m., and the time beginning February 3, 2011, and extending through February 10, 2011, is excluded from the calculation of time under the

//
//
//
//

Speedy Trial Act in accordance with 18 U.S.C. § 3161.

IT IS SO ORDERED.

**Dated:     December 20, 2010**                             **/s/ Oliver W. Wanger**
                                                                               UNITED STATES DISTRICT JUDGE