BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare Street Suite 4401,
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR ROGELIO CASAS- )<br>MONTEJANO )<br>)<br>)<br>Defendant. ) | 1:10-cr-00134 OWW<br><br>STIPULATION AND ORDER EXCLUDING TIME FROM FEBRUARY 10, 2011, TO MARCH 7, 2011. |

The United States of America, by and through Benjamin B. Wagner, United States Attorney for the Eastern District of California, Susan Phan, Assistant U.S. Attorney, and defendant, Hector Rogelio Casas-Montejano, by and through his counsel, Assistant Federal Defender Charles Lee, hereby STIPULATE and AGREE that time be excluded from February 10, 2011 to March 7, 2011.  On February 10, 2011, the Court held a hearing on the motions.  During the hearing, the Court asked the government to provide an additional declaration from AUSA Patrick McLaughlin.  In light of the Court's request and its consideration of the pending motions, the parties stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii),(iv).

DATED: February 10, 2011        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                By /s/Susan Phan
                                   SUSAN PHAN
                                Assistant U.S. Attorney

DATED: February 10, 2011        By /s/Susan Phan for
                                CHARLES LEE
                                Assistant Federal Defender
                                Counsel for Defendant

## ORDER

IT IS ORDERED that good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii),(iv), and time is excluded under the Speedy Trial Act through March 7, 2011.

                                IT IS SO ORDERED.

**Dated:   February 10, 2011**           /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE