BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93727
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>HECTOR ROGELIO CASAS-MONTEJANO<br><br>            Defendant. | CASE NO.  1:10-cr-00134 OWW<br><br>ORDER: MOTION TO FILE<br>DOCUMENTS UNDER SEAL |

Upon application of the United States of America and good cause having been shown.

IT IS HEREBY ORDERED that the Supplemental Declaration of AUSA Patrick McLaughlin in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.  Good cause exists to seal the documents because it contains sensitive and confidential information.

**IT IS SO ORDERED.**

DATED: March 7, 2011                    /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com