DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>HECTOR CASAS-MONTEJANO,<br><br>        *Defendant.* | NO. 1:10-cr-00134 OWW<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br><br>Date: May 23, 2011<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for April 18, 2011, may be continued to May 23, 2011, at 9:00 A.M.**

        This continuance is requested by both counsel as there is currently ongoing plea negotiations and defense needs additional time to discuss the government's forthcoming plea offer with Mr. Casas. The defense also requests the additional time to complete its investigation in this case. The requested continuance will conserve time and resources for the parties and the court.

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C. §§

1  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  April 14, 2011                     By:  /s/ *Stanley A. Boone*
                                                STANLEY A. BOONE
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED:  April 14, 2011                     By:   /s/  Charles J. Lee
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                HECTOR CASAS-MONTEJANO


**O R D E R**

IT IS SO ORDERED.

**Dated:   April 14, 2011**                     /s/ **Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE