1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   HECTOR CASAS-MONTEJANO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:10-cr-00134 OWW
                                        )
12                 *Plaintiff,*          )   STIPULATION TO CONTINUE SENTENCING
                                        )   HEARING; ORDER
13         v.                           )
                                        )
14   HECTOR CASAS-MONTEJANO,            )
                                        )   Date:  May 31, 2011
15                 *Defendant.*          )   Time:  9:00 A.M.
                                        )   Judge: Hon. Oliver W. Wanger
16   _____)

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18   counsel, Stanley A. Boone, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee,

19   Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in**

20   **the above-referenced matter now set for May 23, 2011, may be continued to May 31, 2011, at 9:00**

21   **A.M.**

22         This continuance is requested by both counsel to facilitate ongoing plea negotiations.  Mr. Boone

23   has taken over the case from previous counsel and plans to send the government offer early next week

24   when he returns from his business travel.  Defense counsel then needs additional time to discuss the

25   government's forthcoming plea offer with Mr. Casas.  The requested continuance will conserve time and

26   resources for the parties and the court.

27         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

28   justice, including but not limited to, the need for the period of time set forth herein for effective defense

1   preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C.  §§

2   3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3

4                                                           BENJAMIN B. WAGNER
                                                            United States Attorney
5

6   DATED:  May 19, 2011                        By:   /s/ *Stanley A. Boone*
                                                            STANLEY A. BOONE
7                                                           Assistant United States Attorney
                                                            Attorney for Plaintiff
8

9

10                                                          DANIEL J. BRODERICK
                                                            Federal Public Defender
11

12  DATED:  May 19, 2011                        By:   /s/  Charles J. Lee
                                                            CHARLES J. LEE
13                                                          Assistant Federal Defender
                                                            Attorneys for Defendant
14                                                          HECTOR CASAS-MONTEJANO

15

16                                         **O R D E R**

17          **IT IS SO ORDERED**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

18  3161(h)(7)(B)(i) and (iv).

19

20

21

22

23  IT IS SO ORDERED.

    **Dated:    May 19, 2011**                          **/s/ Oliver W. Wanger**
24                                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

Casas-Montejano - Stipulation to
Continue Status Conference; Order                    −2−