DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:10-cr-00134 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) |
| HECTOR CASAS-MONTEJANO, | ) |
| Defendant. | ) Date: June 13, 2011<br>) Time: 9:00 A.M.<br>) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for May 31, 2011, may be continued to June 13, 2011, at 9:00 A.M.**

This continuance is requested by both counsel to facilitate ongoing plea negotiations. The government just provided an offer to defense on Wednesday. Defense counsel would like additional time to discuss the proposed offer from the government with Mr. Casas. The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C. §§

1  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 26, 2011 | By: /s/ *Stanley A. Boone*<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: May 26, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>HECTOR CASAS-MONTEJANO |

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

| **Dated: May 26, 2011** | /s/ Oliver W. Wanger |
|---|---|
|  | UNITED STATES DISTRICT JUDGE |