DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00134 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| HECTOR CASAS-MONTEJANO, | Date: July 5, 2011 |
| *Defendant.* | Time: 9:00 A.M. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for June 13, 2011, may be continued to July 5, 2011, at 9:00 A.M.**

This continuance is requested by both counsel to facilitate ongoing plea negotiations. Since the last status conference, the government and the defense have exchanged several proposals to resolve the case. The government would like some additional time to consider the defense's last counterproposal, sent to them yesterday afternoon. The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

DATED: June 9, 2011          By: /s/ *Stanley A. Boone*

BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

DATED: June 9, 2011          By: /s/ Charles J. Lee

DANIEL J. BRODERICK
Federal Public Defender
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
HECTOR CASAS-MONTEJANO

## O R D E R

**IT IS SO ORDERED**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: June 10, 2011**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE