1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  HECTOR CASAS-MONTEJANO,  Defendant. | NO. 1:10-cr-00134 OWW  STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER  Date:  July 18, 2011  Time:  9:00 A.M.  Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for July 5, 2011, may be continued to July 18, 2011, at 9:00 A.M.**

This continuance is requested by both counsel to facilitate ongoing plea negotiations.  A number of proposed plea agreement have been negotiated back and forth between the parties.  The parties finally believe they are close to a resolution but need to finalize the language on some of the terms to complete the agreement.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  June 30, 2011 | By:  /s/ *Stanley A. Boone*<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED:  June 30, 2011 | By:   /s/  Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>HECTOR CASAS-MONTEJANO |

# O R D E R

**IT IS SO ORDERED**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 30, 2011**          /s/ **Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE