DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00134 LJO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| v. | |
| HECTOR CASAS-MONTEJANO, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Hector Casas-Montejano, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because he is currently housed at the Lerdo Detention facility and because of the physical hardship involved in being transported to Fresno.  Mr. Casas-Montejano is sensitive to cold temperatures due to a medical condition.  When brought to court, inmates are housed in

the U.S. Marshal's lockup for the day where the temperature is kept very low. Because of the physical rigors involved with transportation to court, Mr. Casas-Montejano would request his presence be waived at any non-critical hearing.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:  1-19-2012

/s/  Hector Casas-Montejano
HECTOR CASAS-MONTEJANO

DATED:  1/19/12

/s/  Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
HECTOR CASAS-MONTEJANO

## O R D E R

GOOD CAUSE APPEARING, Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order, with the understanding and the condition that if the Court wishes the Defendant to be at a particular hearing, the request will be given to defense counsel, and the defendant will deem it to be an Order and must be present.

IT IS SO ORDERED.

**Dated:   January 19, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE