DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CASAS-MONTEJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>HECTOR CASAS-MONTEJANO,<br><br>        *Defendant.* | NO. 1:10-cr-00134 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER<br><br><br>Date:  March 12, 2012<br>Time:  8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Hector Casas-Montejano, that **the status conference in the above-referenced matter now set for January 30, 2012, may be continued to March 12, 2012 at 8:30 A.M.**

      This continuance is requested by both counsel to facilitate discovery obligations, investigation, and ongoing plea negotiations.  At the last status conference, defense counsel informed the court it needed to comply with the "*Touhy*" regulations and serve the Assistant Attorney General in Washington D.C. with a request to speak with three particular government agents.  AUSA Garriques has informed me *Touhy* permission has been granted as to one witness, but we are waiting to hear if the request will be granted as to the other two.  Additionally, AUSA Garriques has provided additional discovery/*Brady* information

which the defense needs to investigate and based on this new information defense needs to make an additional *Touhy* request.   Finally, the parties are in continued plea negotiations.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, for continuing plea negotiations, and for continuity of counsel pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  January 25, 2012            By:  /s/  Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED:  January 25, 2012            By:   /s/  Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
HECTOR CASAS-MONTEJANO

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded for the reasons set for above pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    January 26, 2012**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE