IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:10-CR-00134 LJO |
| vs. | ) | ORDER OF RELEASE |
| HECTOR ROGELIO CASAS-MONTEJANO, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on March 12, 2012,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 12, 2012

/S/ LAWRENCE J. O'NEILL
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1